IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS JAMES QUEEN, SR #29623-037 *
Petitioner *
 *
v. * Civil Action No. WMN-95-859
 *
EDWARD J. BRENNAN, Warden, et al. *
Respondents *

oOo
**ORDER**

Entered on the docket for the above-referenced action is a pending pro se Motion for Default Judgment. There is no pleading in the case file corresponding to that entry, and court personnel have conducted a thorough search for this pleading without success. For these reasons, the Court will dismiss the motion without prejudice to refiling the aforesaid pleading.

Accordingly, IT IS this 11th day of July, 2006, by the United States District Court for the District of Maryland hereby ORDERED:

1. The Motion for Default Judgment (Paper No. 39) IS DISMISSED WITHOUT PREJUDICE; and

2. The Clerk MAIL a copy of this Order to Petitioner and PROVIDE a copy to counsel.

/s/

_____
William M. Nickerson
United States District Judge